UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

JEROME BELLAMY, 04-A-0045,

       Plaintiff,

                                             **ORDER**
v.                                           09-CV-693F

DAVID UNGER, Superintendent and
JOHN DOE, Sergeant,

       Defendants.

---

       Plaintiff filed this *pro se* action seeking relief under 42 U.S.C. 1983 (Doc. No. 1) and has been granted permission to proceed *in forma pauperis* (Doc. No. 3). Pursuant to 28 U.S.C. § 636(c), the parties have consented to the assignment of the case to the undersigned to conduct all proceedings, including the entry of final judgment (Doc No. 7).

       At the time the complaint was filed, Plaintiff was incarcerated at the Orleans Correctional Facility. It now appears that the Court does not have Plaintiff's current address. A review of the New York State Department of Correctional Services Inmate Information Lookup website reveals that Plaintiff was released from the Orleans Correctional Facility on May 25, 2010. *See* http://nysdocslookup.docs.state.ny.us. (last visited June 30, 2010). Based on this, it appears that Plaintiff has failed to provide the Court with an updated address where papers may be served.

       Local Rule of Civil Procedure 5.2(d) requires that a party proceeding *pro se* "must furnish the Court with a current address at which papers may be served on the litigant. .... In addition, the Court must have a current address at all times. Thus a *pro*

*se* litigant must notify the Court immediately in writing of any change of address. Failure to do so may result in dismissal of the case with prejudice."  Local Rule of Civil Procedure 5.2(d).

Accordingly, **Plaintiff is directed to provide the Court with an address where papers may be served by July 20, 2010** or the case will be dismissed with prejudice without further order of the Court.

If plaintiff fails to provide an address by **July 20, 2010**, the Clerk of the Court is directed to close this case as dismissed with prejudice without further order of the Court.

SO ORDERED.

/s/ *Leslie G. Foschio*

_____
LESLIE G. FOSCHIO
UNITED STATES MAGISTRATE JUDGE

Dated: June 30, 2010
Buffalo, New York